**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6909**

_____

In Re: GREGORY TODD HARRELL,

                                        Petitioner.

_____

On Petition for Writ of Mandamus.  (CR-94-37)

_____

Submitted:  August 5, 2003          Decided:  September 8, 2003

_____

Before MOTZ, MICHAEL, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Gregory Todd Harrell, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Todd Harrell petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed. R. Civ. P. 60(b) motion. He seeks an order from this court directing the district court to act. The documents Harrell submitted with his petition indicate, however, that he has not properly filed his motion in the district court, as he mailed the motion to an incorrect address.* Harrell has therefore failed to demonstrate that he is entitled to the relief sought. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

* The mailing address for the district court is Post Office Box 1234, Roanoke, Virginia, 24006.

2